IN THE COURT OF CRIMINAL APPEALS


OF TEXAS






NO. PD-0476-05






HEATH MATTHEW HERRING, Appellant



v.



THE STATE OF TEXAS





ON STATE'S PETITION FOR DISCRETIONARY REVIEW


FROM THE TENTH COURT OF APPEALS


LEON COUNTY





 Meyers, J., filed a dissenting opinion.


O P I N I O N 



 While I don't disagree that the victim's testimony that Appellant said he had a
knife is admissible and is some evidence that he possessed a weapon, I disagree that the
statement is conclusive evidence that the judge could find beyond a reasonable doubt that
Appellant used or exhibited a deadly weapon. (1) If a felon said that he carried a gun but no
one saw it, would that be conclusive evidence to convict him for unlawful possession of a
firearm? If someone said they had some marijuana, would that be sufficient to convict
him of possession of marijuana? Probably not. 

 I agree with the court of appeals that Appellant's statement to the victim that he
had a knife is legally insufficient to prove that he used or exhibited a deadly weapon and 
I would affirm the judgment of conviction for the lesser-included offense of robbery. 
Therefore, I respectfully dissent.


Filed: September 27, 2006

Publish



 
1. It seems to me that if Appellant had a knife then he would have shown it during the
scuffle with the victim.